Case 2:24-cv-00066   Document 18   Filed on 02/12/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 12, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARIA I. DE LA GARZA, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:24-CV-00066 |
| § | |
| BCW TRUCKING, LLC, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ADOPTING ORDER A/K/A
## MEMORANDUM AND RECOMMENDATION

On December 13, 2024, United States Magistrate Judge Mitchel Neurock issued his Order (D.E. 16), which constitutes a memorandum and recommendation, recommending that this Court grant Defendants' motion for leave to designate a responsible third party (D.E. 10). The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's memorandum and recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's memorandum and recommendation (D.E. 10), and all other relevant

documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, Defendants' motion for leave to designate a responsible third party (D.E. 10) is **GRANTED**.

**ORDERED** on February 12, 2025.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE